STATE OF CONNECTICUT *v.* GEORGE NAVIKAUKAS

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 679, is denied.

*John Watson,* assistant public defender, in support of the petition.

*Marcia B. Smith,* assistant state's attorney, in opposition.

Decided February 2, 1988

HOUSING AUTHORITY *v.* MARY MELVIN

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 711, is denied.

*Richard McCarthy,* in support of the petition.

Decided February 2, 1988

SPECTRUM OF CONNECTICUT, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF ELLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 159, is denied.

*Martin A. Clayman,* in support of the petition.

*Atherton B. Ryan,* in opposition.

Decided February 11, 1988

ELIHU CLUB, INC. *v.* BOARD OF TAX REVIEW OF THE CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 806, is denied.

*Francis G. Pennarola,* in support of the petition.

*Martin S. Echter,* in opposition.

Decided February 11, 1988